Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
ABACUC HERAS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABACUC HERAS, an individual<br><br>Plaintiff,<br><br>v.<br><br><br>T.M.B.H. SMOKE SHOP, a business of unknown form; GOODE PROPERTIES, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br><br>Defendants. | Case No.: 8:18-cv-1555-KES<br><br>**Request for Entry of Default** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

REQUEST FOR ENTRY OF DEFAULT
1

Plaintiff **ABACUC HERAS** hereby requests that the Clerk of the above-entitled Court enter default in this matter against **GOODE PROPERTIES, LLC, a California Limited Liability Company** on the ground that said defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant **GOODE PROPERTIES, LLC, a California Limited Liability Company** on **9/21/2018 by personal service as evidenced by the proof of service** of summons on file with this Court.

Dated: December 28, 2018                                    **MANNING LAW, APC**

                                                By:   */s/ Craig G. Cote, Esq.*
                                                      Michael J. Manning, Esq.
                                                      Joseph R. Manning, Jr., Esq.
                                                      Tristan P. Jankowski, Esq.
                                                      Craig G. Cote, Esq.

                                                      Attorneys for Plaintiff